# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7068**                                    **September Term, 2023**

**1:22-cv-03627-UNA**
**1:22-cv-03628-UNA**

**Filed On:** November 15, 2023

In re: Sealed Case,

-----------------------------

Consolidated with 23-7069

**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

# UNDER SEAL JUDGMENT NOT AVAILABLE TO THE PUBLIC